NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC, AND MAYNE PHARMA INTERNATIONAL PTY. LTD.,**
*Plaintiffs-Appellees,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants.*

---

2011-1611

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-2073, Judge William J. Martini.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

### ORDER

Mylan Pharmaceuticals Inc. et al. (Mylan) submit a motion to stay, pending appeal, a preliminary injunction entered by the United States District Court for the dis-

trict of New Jersey. Mylan also moves to expedite briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellees' response to the motion to stay is due no later than Monday, October 3, 2011.

(2) Mylan's motion to expedite briefing is granted to the following extent: Mylan's opening brief is due within seven days of the date of filing of this order. The appellees' brief is due within 10 days of service of Mylan's opening brief. Mylan's reply brief and the joint appendix are due within seven days of service of the appellees' brief. Briefs should be served in an expedited manner. Oral argument will be scheduled by subsequent order.

FOR THE COURT

**SEP 2 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William J. Heller, Esq.
Larry J. Shatzer, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 2 9 2011**

**JAN HORBALY**
**CLERK**